IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RAYMOND RAHBAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL ROSENGART, *et al.*, <br><br> Defendants. | No: 1:23-cv-1327–MSN-IDD |

### ORDER

This matter comes before the Court on Defendant Michael Rosengart's Motion to Stay Responsive Pleading (Or in the Alternative for an Extension of Time). (Dkt. No. 2). Upon consideration of the Motion, it is hereby

**ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the deadline for Defendant Michael Rosengart to file a responsive pleading be extended thirty (30) days from the date of this Order.

It is **SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
October 5, 2023