```
                                                                          1

 1                IN THE UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA)
 2
    In Re:                           )  Case No.  23-10919-BFK
 3                                   )  Alexandria, Virginia
    BF MANAGEMENT LLC,               )
 4                                   )
              Debtor.                )  September 12, 2023
 5                                   )  11:48 a.m.
    ------------------------------- )
 6

 7                     TRANSCRIPT OF HEARING ON
        (34) U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE TO
 8       CHAPTER 7; MICHAEL ROSENGART STATEMENT IN SUPPORT #38
                 BEFORE THE HONORABLE BRIAN F. KENNEY
 9                  UNITED STATES BANKRUPTCY JUDGE

10  APPEARANCES:
    For the Debtor:                  JOHN P. FOREST, II, ESQ.
11                                    MICHAEL T. FREEMAN, AUST
                                      FOREST LAW FIRM
12                                    11350 Random Hill Road
                                      Suite 700
13                                    Fairfax, VA 22030

14  For the Office of the U.S.       JACK I. FRANKEL, ESQ.
    Trustee:                         U.S. DEPARTMENT OF JUSTICE
15                                    1725 Duke Street
                                      Suite 650
16                                    Alexandria, VA 22314

17  Also Present:                    Raymond Rahbar
                                      Debtor Designee
18
                                      Borzou Azabdaftari
19                                    Creditor

20

21  Transcription Services:          eScribers, LLC
                                      7227 North 16th Street
22                                    Suite #207
                                      Phoenix, AZ 85020
23                                    (800) 257-0885

24  PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25  TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

**eScribers, LLC**

1   Q.  Did it have a cash flow statement?
2   A.  It did not.
3   Q.  What is the debtor's plan of reorganization?  What is
4   the -- how do you expect to reorganize?  When I say "you", the
5   debtor.
6   A.  Sure, I understand.  So if -- and I apologize to the Court.
7   I need to take a little bit of a step back.
8       All of our files were deleted and destroyed at one point,
9   and we suspected we knew it was Michael Rosengart, but we
10  didn't -- we didn't have any proof.  We have since learned that
11  not only did Michael do it, and IP addresses now confirm it
12  that we have from Verizon, but he had written out a twelve-page
13  memo with screenshots detailing how he got into our system and
14  how he deleted everything and how he kept a copy for himself.
15  Those same files, they denied, denied, denied that they'd ever
16  deleted, but he'd put it into a memo with screenshots,
17  inexplicably stupid.  And Mr. Scher wanted an opinion from
18  somebody else, and he sent it to a partner at DLA Piper, Max
19  Masinter.
20      Max Masinter and I, we went to law school together.  So
21  guess what Max did.  He goes, I got no lawyer-client privilege.
22  I'm sending this to Raymond.  That's the only reason I have the
23  evidence.  I want to be very clear.  They lied.  They
24  obfuscated.  They did everything.  I --
25          THE COURT:  So Mr. Frankel was asking you how you're

1  going to reorganize.
2  A. So and the reason I bring it to that is they kept a copy of
3  the documents, and they have all of our files. If we can get
4  those files back, it's not that hard to re -- we have to chave
5  (sic) some stuff. I mean, the pandemic world kind of changed
6  everything. We have to change some stuff, but then we would
7  like to go back out and license to other gyms. And we have
8  Tempo Club in Clarendon. It's a smaller club. I would love to
9  do a much bigger club, but it's still -- you know, you have to
10 start somewhere, and then that's how you start expanding again.
11     But without the assets, it's actually very difficult. And
12 you have to have the assets. And by assets, I don't
13 necessarily mean cash because I can get a credit card. I can
14 do loans. There's a hundred other ways to finance operations.
15 And I've done -- I've raised probably north of a hundred
16 million dollars in the last ten years.
17     Raising the capital is not the hard part. But if you don't
18 have a product to sell that you spent, by the way, nine years
19 developing, it is very hard to sell something. So first, we
20 need the property back, then the rest kind of take cares --
21 takes care of itself.
22 Q. Now, you said you have a very valuable customer list and
23 mailing list?
24 A. Yes.
25 Q. And what was the value that you ascribed to that?

1   A.   Those were third-party valued at ten million dollars.
2   Q.   Well, I thought on your schedules, you put down seventeen
3   million dollars?
4   A.   So sorry, I think we're talking slightly different --
5   specifically just the email was ten.  And then the other
6   software is seven.
7   Q.   And you're telling me that all these -- everything was
8   stolen, correct?
9   A.   Correct.
10  Q.   Did you have -- did the debtor have any insurance against
11  the property being stolen?
12  A.   No.  Well, sorry.  We have general liability insurance.  I
13  kind of thought that might apply.  The insurance company
14  obviously very much disagreed because this was a computer
15  infraction.
16       I forget the name of the insurance, but apparently you have
17  to have a specific computer-hacking type of insurance that's
18  separate from your general liability insurance.  Because he was
19  a former employee, our employee insurance also did not cover it
20  because we had already fired him by months at that point.  So
21  we had insurances in place, just not a specific computer
22  insurance.
23  Q.   So correct me if I'm wrong.  So again, you had an assets
24  worth approximately seventeen million dollars, but you had no
25  insurance; is that the bottom line?