IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RAYMOND RAHBAR, ET AL.,** | |
| Plaintiffs, | |
| v. | Case No. 1:23-cv-1327 |
| **MICHAEL ROSENGART, ET AL.,** | Judge Michael S. Nachmanoff |
| Defendants | Magistrate John F. Anderson |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, December 8, 2023, at 10 a.m., or as soon thereafter as counsel may be heard, Defendant Michael Rosengart, by counsel, will move this Court to hear his Motion for Reference.

Dated: November 29, 2023

Respectfully submitted,

Hoyer Law Group, PLLC

*/s/ David C. Fulleborn*
David C. Fulleborn (VSB No. 83903)
Hoyer Law Group, PLLC
2801 West Busch Blvd. Ste. 200
Tampa, FL 32580
dfulleborn@hoyerlawgroup.com
813-375-3700

1

David L. Scher (VSB No. 47634)[1]
Hoyer Law Group, PLLC
1300 I St. NW, Ste. 400E
Washington, DC 20005
813-375-3700
dave@hoyerlawgroup.com

*Counsel for Michael Rosengart*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I caused a copy of the foregoing to be served via ECF on all parties who have registered and first-class mail on *pro se* Carl Heinz Pierre at the following address:

Carl Heinz Pierre
205 Yoakum Pwky
Unit 424
Alexandria, VA 22304

/s/ David C. Fulleborn

---

[1] Mr. Scher and Hoyer Law Group, PLLC sign this paper pursuant to Rule 11 as Mr. Rosengart's counsel. Mr. Scher and Hoyer Law Group, PLLC do not waive service or their right to object to jurisdiction or venue, or any other matter.